**No. 62541.**—Quon Quon Company *v.* United States, protests 287219–K, etc. (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C. C. P. A. 72, C. A. D. 676), the merchandise was held dutiable as follows: (1) The items involved in protests 287219–K, 293330–K, and 299122–K at 22½ percent under the provision in paragraph 397, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), for articles or wares in chief value of base metal, not specially provided for; and (2) the items involved in the remaining protests at 21 percent under said paragraph, as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T. D. 54108).

**No. 62542.**—Traveler Trading Co. *v.* United States, protest 325168–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of artificial flowers the same in all material respects as those the subject of Abstract 61346, the claim of the plaintiff was sustained.

**No. 62543.**—W. J. Byrnes & Co. of N. Y., Inc. *v.* United States, protest 179904–K (New York).

Opinion by WILSON, J. The protest was dismissed for lack of prosecution.

**No. 62544.**—Joseph C. Murray & Co. *v.* United States, protest 322386–K (New York).

Opinion by WILSON, J. The protest was dismissed for lack of prosecution.